# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JERRY DELANCEY and**
**BONNIE DELANCY**                                                                PLAINTIFF

v.                          No. 4:22-cv-1037-DPM

**AGCO CORPORATION**
**and JOHN DOES 1-5**                                                          DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 June 2024